# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McDade, Joe B. | US District Court, Central District for Illinois | 05/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

127 Federal Building
100 NE Monroe Street
Peoria, IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ereritus Status Member | American Inn of Court / Abraham Lincoln of Peoria IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | Illinois State Retirement System: Judicial Pension upon retirement in 1992 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Metropolitan Life Ins | Policy Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Acct | A | Interest | L | T | | | | | |
| 2. Note Rcvble Lexington Assoc Ltd | B | Interest | J | U | | | | | |
| 3. Met Life (universal life) | A | Dividend | J | T | | | | | |
| 4. Busey Bank Account | B | Interest | L | T | | | | | |
| 5. Heartland Bank Account (CJ) | A | Interest | K | T | | | | | |
| 6. CJM IRA Brokerage Acct (H) (combines prev IRA funds) (H) | | | | | | | | | |
| 7. -Hartford ILS Leaders Outlook Fixed Annuity IRA | B | Dividend | K | T | | | | | |
| 8. -Vanguard Life Strategy Mod Growth | B | Dividend | J | T | | | | | |
| 9. - I shares Dow Jones US Medical Devices (IHI) | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 10. -Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | Buy | 10/05/20 | J | | |
| 11. -Vanguard Total Bond Mkt (BUD) | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 12. - American SmallCap World | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 13. - American Strategic Bond | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 14. - MFS Growth CL R6 | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 15. - MFS Low Volatility Equity | A | Dividend | J | T | Buy | 08/25/20 | J | | |
| 16. - MFS International Diversification | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 17. CJM Non-IRA Brokerage Account (H) (combines prev non-IRA funds) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McDade, Joe B.** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Lincoln Natl Choice Plus Assurance L Share Variable Annuity | | None | | | Sold | 09/20/20 | J | | |
| 19. AIG Polaris O Series varible annuity (H) | | | | | | | | | |
| 20. - AMR AST Alloc Fund | | None | K | T | Buy | 09/11/20 | K | | |
| 21. -AMR Growth Fund | | None | K | T | Buy | 09/11/20 | K | | |
| 22. - AMR Growth and Income Fund | | None | K | T | Buy | 09/11/20 | K | | |
| 23. -Abbvie Inc | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 24. -Docusign Inc | | None | J | T | Buy | 09/11/20 | J | | |
| 25. -Teladoc Health Inc | | None | J | T | Buy | 08/05/20 | J | | |
| 26. -Kellogg Co | A | Dividend | J | T | Buy | 10/05/20 | J | | |
| 27. -Vanguard Total Bond ETF | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 28. -American Tax-Exempt Bond Fund | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 29. -MFS Growth CL R6 | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 30. -T.Rowe Price Blue Chip Growth | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 31. -T.Rowe Price Dividend Growth | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 32. JBM/IRA Schwab Contributory Acct (formerly Vanguard IRA Acct) (H) | | | | | | | | | |
| 33. -Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 34. -Vanguard S-T Investment-Grade | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Vanguard Health Care Fund Adm | A | Dividend | K | T | | | | | |
| 36. -Vanguard Dividend Growth Fund (VDIGX) | A | Dividend | K | T | | | | | |
| 37. -Vanguard International Growth Adm | A | Dividend | K | T | | | | | |
| 38. -Vanguard Selected Value Fund | A | Dividend | K | T | | | | | |
| 39. -Vanguard Mid Cap Index Fund Adm | A | Dividend | K | T | | | | | |
| 40. JBM Schwab Trust Agmt 11/2016 (H) | | | | | | | | | |
| 41. Vanguard Intermediate Term Tax Exempt Admiral (VWIUX) | A | Dividend | K | T | | | | | |
| 42. Vanguard Long Term Tax Exempt Admiral CL (VWLUX) | A | Dividend | | | Sold | 01/07/20 | K | | |
| 43. -Vanguard Dividend Growth Fund (VDIGX) | B | Dividend | L | T | | | | | |
| 44. -Vanguard MidCap Index Fund Adm (VIMAX) | A | Dividend | M | T | | | | | |
| 45. -Vanguard International Growth Fund Adm (VWILX) | A | Dividend | J | T | | | | | |
| 46. -Vanguard 500 Index Admiral Cl (VFIAX) | B | Dividend | M | T | | | | | |
| 47. - Vanguard Total Intl Stock Index Admiral CL (VTIAX) | B | Dividend | M | T | | | | | |
| 48. - Vanguard LTD Term Tax Exempt Admiral (VMLUX) | A | Dividend | K | T | | | | | |
| 49. Vanguard Brokerage Acct (JBM) (H) | | | | | | | | | |
| 50. -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 51. -Vanguard Federal Money Mkt Fund | A | Dividend | J | T | | | | | |

1 Income Gain Codes:
(See Columns B1 and D4)

2 Value Codes
(See Columns C1 and D3)

3 Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 2: Note Receivable -- Lexington Assoc. Ltd., a Colorado Ltd. partnership c/o Cheyenne Mount Investments, re: installment sale of Lexington Hills Apartments, owned by Investors Land Tr #50, of which I own 1.9048% beneficial interest -- Jefferson Trust & Savings Bank, Trustee, Under Trust Agreement.

The AIG Polaris O Series varible annuity was purchased in 2020. I am unable to report the income of each asset held because I am only provided with the unit value of the overall income earned.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe B. McDade**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544